# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

146994(20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                            SC:  146994
                                            COA:  314131
                                            Wayne CC:  75-007704-FC

RICKY RIMMER-BEY,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's July 30, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

p1118